UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| M.B.2 | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| VS. | ) | Case No. 6:24-CV-003184 |
| | ) | |
| AGAPE BAPTIST CHURCH, INC. d/b/a | ) | |
| AGAPE BOARDING SCHOOL | ) | |
| | | |
| **Defendant** | | |

### MOTION FOR EXTENSION OF TIME TO OBTAIN SERVICE

COMES NOW the plaintiff, by and through his attorney of record, hereby requests an extension of thirty (30) days in which to obtain service on defendants in this matter. In support of this motion plaintiff states that:

1. Service is currently due on October 17, 2024

2. Plaintiff's counsel currently needs additional time in which to obtain service in this matter. This is a complicated matter and there are multiple individuals upon which to serve a summons in this matter.

3. Plaintiff has completed service on all but two Defendants who have moved and we are unable to locate at this time.

WHEREFORE, plaintiff requests that the court grant a thirty (30) day extension of time or until September 17, 2024, in which obtain service in this matter, and for such other relief as the Court deems proper.

Respectfully submitted,

/s/ Rebecca M. Randles
RANDLES & MATA, LLC

Rebecca M. Randles MOBAR #40149

406 West 34th Street, Suite 415

Kansas City, Missouri 64111

(816) 931-9901, (816) 931-0134 fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of October, 2024, Rule 26(a)(1) initial disclosures were sent via electronic mail to the following:

Respectfully submitted

Rebecca M. Randles

RANDLES MATA, LLC
851 NW 45th Street

Suite 310

Kansas City, MO 64116

Telephone:  816-931-9901 FAX:  816-931-0134  rebecca@randlesmatalaw.com
ATTORNEYS FOR PLAINTIFF       JOHN G. SCHULTZ